UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-25123-LENARD/ELFENBEIN

LAURA VALDES GOMEZ,

    Plaintiff,

vs.

PHYSICIANS ASSOCIATES, LLC,

    Defendant.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Patrick Brooks LaRou, Esq. of FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Laura Valdes Gomez, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Respectfully submitted this 2nd day of January 2025.

    s/ Patrick Brooks LaRou
    Brian H. Pollock, Esq. (174742)
    brian@fairlawattorney.com
    Patrick Brooks LaRou, Esq. (1039018)
    brooks@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue, Suite 770
    Coral Gables, Florida 33146
    Telephone: (305) 230-4884
    *Counsel for Plaintiff*