UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-25123-LENARD/ELFENBEIN

LAURA VALDES GOMEZ,

    Plaintiff,

vs.p

PHYSICIANS ASSOCIATES, LLC,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, PHYSICIANS ASSOCIATES, LLC.**

Plaintiff, Laura Valdes Gomez files the Return of Service on Defendant, Physicians Associates, LLC (served on January 9, 2025).

Dated this 15th day of January 2025.

                                        s/Brian H. Pollock, Esq.
                                      Brian H. Pollock, Esq.
                                      Fla. Bar No. 174742
                                      brian@fairlawattorney.com
                                      FAIRLAW FIRM
                                      135 San Lorenzo Avenue
                                      Suite 770
                                      Coral Gables, FL 33146
                                      Tel:   305.230.4884
                                      *Counsel for Plaintiff*