## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:24-CV-25123

Plaintiff:
**LAURA VALDES GOMEZ**

vs.

Defendant:
**PHYSICIANS ASSOCIATES, LLC**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 2nd day of January, 2025 at 12:58 pm to be served on **PHYSICIANS ASSOCIATES, LLC c/o FORS ATTORNEYS AT LAW, its Registered Agent, 1108 Ponce De Leon Boulevard, Coral Gables, FL 33134**.

I, Joseph Onega, do hereby affirm that on the **9th day of January, 2025** at **11:45 am, I:**

served a **Limited Liability Company** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Valerie Salcedo, legal assistant** as **Authorized Employee Of Registered Agent** for **PHYSICIANS ASSOCIATES, LLC**, at the address of: **1108 Ponce De Leon Boulevard, Coral Gables, FL 33134**, and informed said person of the contents therein, in compliance with Florida statute  48.062

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 125, Hair: Light Brown, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2025000002