UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-25123-LENARD/ELFENBEIN

LAURA VALDES GOMEZ,

    Plaintiff,

v.

PHYSICIANS ASSOCIATES, LLC,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR SEVEN-DAY ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6, Defendant, PHYSICIANS ASSOCIATES, LLC ("Defendant"), by and through its undersigned counsel, hereby moves for a seven (7) day enlargement of time to respond to the Complaint filed and served by Plaintiff, LAURA VALDES GOMEZ ("Plaintiff"). In support thereof, Defendant states as follows:

1. On January 9, 2025, Plaintiff served Defendant with the Complaint.

2. Defendant's response to the Complaint is due tomorrow, January 30, 2025.

3. The undersigned counsel was recently retained to represent the Defendant and needs additional time to investigate the basis for Plaintiff's claims and prepare Defendant's response to the Complaint.

4. As such, Defendant respectfully requests a brief extension of time, up to and including February 6, 2025, within which to respond to the Complaint.

5. The undersigned counsel has conferred with counsel for Plaintiff, who does not oppose the relief requested herein.

CASE NO. 1:24-cv-25123

6. This Motion is made in good faith and not for the purpose of delay.

WHEREFORE, Defendant respectfully requests that this Court enter an Order enlarging the time Defendant must respond to Plaintiff's Complaint by seven (7) days or until February 6, 2025, and for any other relief this Court deems just and proper.

Respectfully submitted this 29th of January 2025.

By: /s/ Diane P. Perez
Diane P. Perez, B.C.S. (41869)
E-mail: *diane@dianeperezlaw.com*
**DIANE PEREZ, P.A.**
1108 Ponce de Leon Blvd.
Coral Gables, Florida 33134
Telephone: (305) 985.5676
Facsimile: (305) 985.5677
Attorney for Defendant

**CERTIFICATE OF CONFERRAL**

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), counsel for Defendant has conferred with counsel for Plaintiff, who does not oppose the relief requested herein.

By: /s/ Diane P. Perez
Diane P. Perez, B.C.S. (41869)

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/ Diane P. Perez
Diane P. Perez, B.C.S. (41869)

CASE NO. 1:24-cv-25123

**Service List**
Brian H. Pollock, Esq.
FAIRLAW FIRM
135 San Lorenzo Ave., Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
E-mail: brian@fairlawattorney.com
Attorney for Plaintiff