UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-25123-LENARD/ELFENBEIN

LAURA VALDES GOMEZ,

    Plaintiff,

v.

PHYSICIANS ASSOCIATES, LLC,

    Defendant.
_____/

**ORDER ENLARGING TIME FOR DEFENDANT TO**
**RESPOND TO PLAINTIFF'S COMPLAINT**

**THIS CAUSE**, having been heard on Defendant's Unopposed Motion for Seven-Day Enlargement of Time to Respond to Plaintiff's Complaint, and the Court having considered the same and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** THAT:

1.    Defendant's Motion is **GRANTED**.

2.    Defendant's response to Plaintiff's Complaint shall be filed on or before February 6, 2025.

**DONE and ORDERED** in Chambers this _____ day of January 2025.

_____
United States District Judge

Copies furnished:
All counsel of record