UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-25123-LENARD/ELFENBEIN

LAURA VALDES GOMEZ,

    Plaintiff,

vs.

PHYSICIANS ASSOCIATES, LLC,

    Defendant.
_____/

## **PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S ORDER [ECF NO. 5]**

Plaintiff, Laura Valdes Gomez, by and through her undersigned counsel, hereby notifies the Court and all parties to this action that Plaintiff has complied with the Court's Order in its Notice of Court Procedure in Actions Brought Under the Fair Labor Standards Act and Referral to Magistrate Judge for Settlement Conference [ECF No. 5] by serving Defendant, Physicians Associates, LLC, with a copy of the Court's Notice of Procedure [ECF No. 5], Plaintiff's Statement of Claim [ECF No. 7], and all documents supporting Plaintiff's claims (Valdes Gomez 000001-000022) by email to Defendant's counsel on February 18, 2025.

Respectfully submitted this 18th day of February 2025.

                                  s/ Patrick Brooks LaRou
                                  Brian H. Pollock, Esq. (174742)
                                  brian@fairlawattorney.com
                                  Patrick Brooks LaRou, Esq. (1039018)
                                  brooks@fairlawattorney.com
                                  FAIRLAW FIRM
                                  135 San Lorenzo Avenue, Suite 770
                                  Coral Gables, Florida 33146
                                  Telephone: (305) 230-4884
                                  *Counsel for Plaintiff*