UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-25123-LENARD/ELFENBEIN

LAURA VALDES GOMEZ,

      Plaintiff,

vs.

PHYSICIANS ASSOCIATES, LLC,

      Defendant.

_____/

**PLAINTIFF'S NOTICE OF RE-FILING AND/OR RELATED CASES**

      Plaintiff, Laura Valdes Gomez, in accordance with Local Rule 3.8 and this Court's Order

entered February 7, 2025 [ECF No. 11], certifies that the instant action:

_____      IS related to pending or closed civil or criminal case(s) previously filed in this Court, any other Federal or State Court, or administrative agency as indicated below:

  X      IS NOT related to pending or closed civil or criminal case(s) previously filed in this Court, any other Federal or State Court, or administrative agency.

      Respectfully submitted this 20th day of February 2025,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*