UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-25123-LENARD/ELFENBEIN

LAURA VALDES GOMEZ,

    Plaintiff,

v.

PHYSICIANS ASSOCIATES, LLC,

    Defendant.
_____/

### DEFENDANT'S NOTICE OF REFILING AND/OR RELATED CASES

Pursuant to the Court's Order Directing Parties to File a Notice of Refiling and/or of Related Cases [ECF No. 11], Defendant, PHYSICIANS ASSOCIATES, LLC ("Defendant"), hereby states that it is unaware of any action that constitutes a previous filing of the above-captioned cause or of any action that concerns substantially similar factual allegations or legal issues.

Respectfully submitted this 21st of February 2025.

By: /s/ Diane P. Perez
Diane P. Perez, B.C.S. (41869)
E-mail: diane@dianeperezlaw.com
**DIANE PEREZ, P.A.**
1108 Ponce de Leon Blvd.
Coral Gables, Florida 33134
Telephone: (305) 985.5676
Facsimile: (305) 985.5677
Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the

CASE NO. 1:24-cv-25123-LENARD/ELFENBEIN

foregoing document is being served this day on all counsel or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/ Diane P. Perez
Diane P. Perez, B.C.S. (41869)

**Service List**
Brian H. Pollock, Esq.
E-mail: brian@fairlawattorney.com
P. Brooks LaRou, Esq.
E-mail: brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave., Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
Attorneys for Plaintiff