UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-25123-LENARD/ELFENBEIN

LAURA VALDES GOMEZ,

        Plaintiff,

v.

PHYSICIANS ASSOCIATES, LLC,

        Defendant.
_____/

## **DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**

Pursuant to the Court's Order Directing Parties to File Certificates of Interested Parties [ECF No. 11], Defendant, PHYSICIANS ASSOCIATES, LLC ("Defendant"), hereby files Defendant's Certificate of Interested Parties identifying all persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

    1.    Plaintiff, **LAURA VALDES GOMEZ.**

    2.    Plaintiff's counsel, **BRIAN H. POLLOCK, ESQ., P. BROOKS LAROU, ESQ.**, and the **LAW OFFICE OF BRIAN H. POLLOCK, P.A. D/B/A FAIRLAW FIRM.**

    3.    Defendant, **PHYSICIANS ASSOCIATES, LLC.**

    4.    Defendant's counsel, **DIANE P. PEREZ, B.C.S.** and **DIANE PEREZ, P.A.**

    5.    **JUSTWELL FOX HOLDINGS, LLC**

CASE NO. 1:24-cv-25123-LENARD/ELFENBEIN

6. **JUSTWELL HEALTH, LLC**

7. **WELLCLOUD, LLC**

8. **JUSTO L. POZO**

9. **JUSTO L. POZO, III**

Respectfully submitted this 21st of February 2025.

By: /s/ Diane P. Perez
Diane P. Perez, B.C.S. (41869)
E-mail: diane@dianeperezlaw.com
**DIANE PEREZ, P.A.**
1108 Ponce de Leon Blvd.
Coral Gables, Florida 33134
Telephone: (305) 985.5676
Facsimile: (305) 985.5677
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/ Diane P. Perez
Diane P. Perez, B.C.S. (41869)

**Service List**
Brian H. Pollock, Esq.
E-mail: brian@fairlawattorney.com
P. Brooks LaRou, Esq.
E-mail: brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave., Suite 770
Coral Gables, FL 33146

CASE NO. 1:24-cv-25123-LENARD/ELFENBEIN

Tel: (305) 230-4884
Attorneys for Plaintiff