UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-25123-LENARD/ELFENBEIN

LAURA VALDES GOMEZ,

    Plaintiff,

vs.

PHYSICIANS ASSOCIATES, LLC,

    Defendant.
_____/

## **NOTICE OF AVAILABILITY FOR SETTLEMENT CONFERENCE**

Plaintiff, Laura Valdes Gomez, after having conferred with counsel for Defendant, Physicians Associates, LLC, hereby notifies the Court that the parties and their respective counsel are available to conduct their Settlement Conference on **March 13, 2025** beginning at **10:00 a.m.**, pursuant to this Court's Order entered January 3, 2025 [ECF No. 5].

Respectfully submitted this 24th day of February 2025,

    s/ Patrick Brooks LaRou
    Brian H. Pollock, Esq. (174742)
    brian@fairlawattorney.com
    Patrick Brooks LaRou, Esq. (1039018)
    brooks@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue, Suite 770
    Coral Gables, Florida 33146
    Telephone: (305) 230-4884
    *Counsel for Plaintiff*

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*