UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-25123-LENARD/Elfenbein

**LAURA VALDES GOMEZ**,
individually and on behalf of
others similarly situated,

    Plaintiff,

v.

**PHYSICIANS ASSOCIATES, LLC,**

    Defendant.
_____/

## ORDER SCHEDULING SETTLEMENT CONFERENCE

The undersigned United States Magistrate Judge will conduct a Settlement Conference in this case on **March 13, 2025, at 10:00 a.m.**, following a referral for that purpose by the Honorable Joan A. Lenard, ECF No. [5]. In preparation for the Settlement Conference, it is hereby **ORDERED** as follows:

    1.    All Parties, corporate representatives, and their counsel of record shall attend the Settlement Conference on **March 13, 2025, at 10:00 a.m.** All persons named as individual parties shall be present and each entity shall have a party representative(s) present with full authority to bind the party up to and including the full amount claimed as damages plus any applicable attorney's fees and costs.

    2.    The Parties shall appear in person at the **C. Clyde Atkins United States Courthouse, 5th Floor, 301 North Miami Avenue, Miami, Florida, 33128**.

    3.    In the event that a monetary settlement would be payable from proceeds of an insurance policy, a claims professional/representative(s) from the Party's insurer with full and final

CASE NO. 24-CV-25123-LENARD/Elfenbein

authority to authorize payment to settle the matter up to the full limits of the Party's policy(ies) shall be present. Failure of a party representative, who has full and final authority to make and accept offers of settlement, to attend this Settlement Conference may result in the undersigned's *sua sponte* recommendation that sanctions be entered against the offending party.

4. For claims brought under the Fair Labor Standards Act, 28 U.S.C. § 203 et seq., the filing of a Statement of Claim or a Response to a Statement of Claim <u>shall be accompanied by the service on opposing counsel of all supporting documentation (e.g., time sheets, pay stubs, etc.)</u>. *See* ECF No. [5]. The failure to fully and timely comply with this requirement may result in the cancellation of the Settlement Conference and the imposition of sanctions upon the Parties and their counsel. Counsel shall not wait until the day before the scheduled Settlement Conference to serve all supporting documents.

5. If the parties wish to submit a <u>confidential</u> settlement statement to chambers, they may email the statement to Elfenbein@flsd.uscourts.gov no later than **48 hours** before the Settlement Conference. The statement must be no more than five pages.

6. Each counsel is required to meet (either in person or by phone) with their client(s) regarding settlement at least **five (5) days** prior to the Settlement Conference.

7. Counsel must confer with each other (either in person or by phone) to discuss their respective settlement positions and to exchange settlement offers before the date of the Settlement Conference.

8. The Settlement Conference will not be continued absent extremely compelling circumstances. Any motion for a continuance shall provide dates and times that are available for all Parties.

CASE NO. 24-CV-25123-LENARD/Elfenbein

9. In civil actions, the Court does not provide an interpreter for parties who do not speak English. If a party requires an interpreter, it is that party's burden to provide one. The Parties may not share an interpreter.

10. The Settlement Conference shall be conducted without a court reporter and will not be tape recorded. All representations and statements made at the Settlement Conference shall remain confidential.

11. In the event this matter settles prior to the Settlement Conference, the Parties shall immediately advise the undersigned's Chambers.

**DONE and ORDERED** in Chambers in Miami, Florida on February 24, 2025.

_____
**MARTY FULGUEIRA ELFENBEIN**
**UNITED STATES MAGISTRATE JUDGE**

cc: Counsel of record