IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:24-CV-25123**

LAURA VALDES GOMEZ,

     Plaintiffs,

v.

PHYSICIANS ASSOCIATES, LLC,

     Defendant.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jorge L. Fors Jr., of the law firm of **FORS | ATTORNEYS AT LAW**, hereby enters his appearance as counsel of record for Defendant, PHYSICIANS ASSOCIATES, LLC. Undersigned counsel requests that copies of all papers in this action be served on him by CM/ECF or by such other means as required by the applicable rules.

Dated: March 6, 2025

                                         */s/ Jorge L. Fors, Jr.*
                                         **JORGE L. FORS, JR., ESQ.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 2025, a copy of the foregoing document was filed with the Clerk, using CM/ECF, which will forward copies to all counsel of record on the attached Service List.

                                 Respectfully submitted,

                                 **FORS | ATTORNEYS AT LAW**
                                 *Attorneys for Defendant*
                                 1108 Ponce de Leon Blvd.
                                 Coral Gables, FL  33134
                                 Tel. (305) 448-5977
                                 Fax. (305) 446-1898

*/s/ Jorge L. Fors, Jr., Esq.*
JORGE L. FORS, JR., ESQ.
Florida Bar No. 93575
*service@forslegal.com*
*jforsjr@forslegal.com*

### SERVICE LIST

**Brian H. Pollack, Esq.**
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
Email: brian@fairlawattorney.com

**Diane Patricia Perez**
Diane Perez, P.A.
1108 Ponce de Leon Blvd.
Coral Gables, FL 33134
Tel: 305-985-5676
Email: diane@dianeperezlaw.com

**Patrick Brooks LaRou**
FairLaw Firm
Tel: 305-928-4893
Email: brooks@fairlawattorney.com

**FORS | ATTORNEYS AT LAW**
**1108 PONCE DE LEON BLVD., CORAL GABLES, FL 33134 • PHONE: (305) 448-5977 • FAX: (305) 446-1898**