UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-25123-LENARD/ELFENBEIN

LAURA VALDES GOMEZ,

    Plaintiff,

v.

PHYSICIANS ASSOCIATES, LLC,

    Defendant.

_____/

**JOINT SCHEDULING FORM**

| DEADLINE OR DATE | ACTION OR EVENT |
|---|---|
| **May 2, 2025** | All motions for joinder of parties or to amend pleadings shall be filed. |
| **July 18, 2025** | The Parties shall each furnish opposing counsel a written list containing the names and addresses of all fact witnesses who may be called at trial. Only those witnesses named on this list shall be permitted to testify at trial. |
| **October 3, 2025** | All **fact** discovery must be completed. The Parties shall be under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| **May 30, 2025** | Plaintiff(s) must provide Defendant(s) an expert witness list accompanied by the reports or summaries required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. Only those expert witnesses named on this list and for whom the required reports or summaries have been provided shall be permitted to testify at trial. Within the fourteen-day period after this deadline, Plaintiff(s) shall make the expert witnesses available for deposition by Defendant(s). |

| | |
|---|---|
| **June 20, 2025** | Defendant(s) must provide Plaintiff(s) an expert witness list accompanied by the reports or summaries required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. Only those expert witnesses named on this list and for whom the required reports or summaries have been provided shall be permitted to testify at trial. Within the fourteen-day period after this deadline, Defendant(s) shall make the expert witnesses available for deposition by Plaintiff(s). |
| **October 3, 2025** | All **expert** discovery must be completed. |
| **November 14, 2025** | All dispositive, pre-trial motions and memoranda must be filed, as well as any motions to exclude or to limit proposed expert testimony. |
| **October 31, 2025** | Mediation shall be completed. |
| **January 16, 2026** | Proposed date before which all motions in limine must be filed. |
| **February 6, 2026** | Proposed date for joint pre-trial stipulation pursuant to Local Rule 16.1(e) |
| **March 11, 2026** | Proposed date for pre-trial conference. |
| **March 16, 2026** | Proposed date for trial. |
| **ADDITIONAL DEADLINES OR DATES** | **ACTION OR EVENT** |
| **March 14, 2025** | The Parties shall exchange Initial Disclosures. |