UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-25123-LENARD/ELFENBEIN

LAURA VALDES GOMEZ,

    Plaintiff,

v.

PHYSICIANS ASSOCIATES, LLC,

    Defendant.
_____/

## DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

Defendant, PHYSICIANS ASSOCIATES, LLC ("Defendant"), hereby responds to the Statement of Claim [ECF No. 7] filed by Plaintiff, LAURA VALDES GOMEZ ("Plaintiff"), and states as follows:

1. Defendant disputes the preliminary statements contained in Plaintiff's Statement of Claim.

2. Plaintiff is not owed any overtime compensation because during the relevant time period, Plaintiff worked for Defendant in a role exempt from the overtime requirements of the Fair Labor Standards Act ("FLSA") under the FLSA's administrative exemption.

3. During the relevant time period, Plaintiff received a weekly salary for the work she performed on behalf of Defendant. From on or about April 2, 2023, through the end of 2023, Plaintiff received an annual salary of $35,360.00 ($680 per work week). Beginning on or about January 1, 2024, through the end of her employment, Plaintiff received an annual salary of $39,520.00 ($760 per work week).

4. Further, Plaintiff's time records establish that even had her role been misclassified (which it was not), Plaintiff did not work the overtime hours she alleges she worked in her Statement of Claim. There were many work weeks during which Plaintiff worked little to no overtime. During the relevant time period, Plaintiff worked a total of approximately 72 overtime hours.

5. Contemporaneously with this Response, Defendant, through its counsel, will produce to Plaintiff, through her counsel, Plaintiff's pay and time records for the relevant time period, along with a copy of the job description for her role.

6. Defendant reserves the right to amend or supplement this Response.

Respectfully submitted this 10th day of March 2025.

> By: */s/ Diane P. Perez*
> Diane P. Perez, B.C.S.
> Florida Bar No.: 41869
> E-mail: diane@dianeperezlaw.com
> **DIANE PEREZ, P.A.**
> 1108 Ponce de Leon Blvd.
> Coral Gables, Florida 33134
> Telephone: (305) 985-5676
> Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel or pro sec parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

**Service List**
Brian H. Pollock, Esq.

brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave., Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
*Attorneys for Plaintiff*


Jorge L. Fors, Jr., Esq.
jforsjr@forslegal.com
**FORS | ATTORNEYS AT LAW**
1108 Ponce de Leon Blvd.
Coral Gables, FL 33134
Tel. (305) 448-5977
Fax. (305) 446-1898
*Attorneys for Defendant*