UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-25123-LENARD/Elfenbein

**LAURA VALDES GOMEZ,**

    Plaintiff,

v.

**PHYSICIANS ASSOCIATES, LLC,**

    Defendant.
_____/

## CONSENT TO PROCEED BEFORE A
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby waive their right to proceed before a District Judge of this Court and consent to have the Magistrate Judge currently assigned to the case, Marty Fulgueira Elfenbein, conduct any and all further proceedings in the case (including the trial) and order the entry of judgment. The parties do not consent to the reassignment to any other or successor Magistrate Judge.

| | |
|---|---|
| **Patrick Brooks LaRou** | **Diane Patricia Perez** |
| Bar #: 1039018 | Bar #: 41869 |
| FairLaw Firm | Diane Perez, P.A. |
| 135 San Lorenzo Avenue | 1108 Ponce de Leon Boulevard |
| Suite 770 | Coral Gables, FL 33134 |
| Coral Gables, FL 33146 | Phone: (305) 985-5676 |
| Phone: (305) 928-4893 | Email: diane@dianeperezlaw.com |
| Fax: (305) 230-4844 | *Attorney for Defendant* |
| Email: brooks@fairlawattorney.com | Physicians Associates, LLC |
| *Attorney for Plaintiff* | |
| Laura Valdes Gomez | |

NOTE: Return this form to the Clerk of the Court only if it has been executed by all parties to the case.